CHAD S. PURDIE (SBN 282542)
DIAZ, REUS & TARG, LLP
1299 Ocean Avenue, Suite 450
Santa Monica, California 90401
Tel: (305) 375-9220
Fax: (305) 375-8050
cpurdie@diazreus.com

Attorney for specially appearing Defendants

BRIAN M. TAYLOR (SBN 214838)
AMY L. O'NEILL (SBN 294458)
BOUTIN JONES, INC.
555 Capitol Mall, Suite 1500
Sacramento, California 95814
Tel: (916) 321-4444
Fax: (916) 231-4105
btaylor@boutinjones.com
aoneill@boutinjones.com

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| GLOBAL COMMODITIES TRADING GROUP, INC.; THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, PHILADELPHIA;<br><br>Plaintiffs,<br><br>vs.<br><br>BENEFICIO DE ARROZ CHOLOMA, S.A., SADY FARID ANDONIE REYES, JOYCE MARY JARUFE DOX; DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:16-CV-01045-TLN-CKD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

WHEREAS, Defendants, Beneficio de Arroz Choloma, S.A., Sady Farid Andonie Reyes, and Joyce Mary Jarufe Dox (collectively, "Defendants") have requested an additional extension of time to respond to the complaint due to the delay in preparation of the response caused by their counsel's recovery from a surgical procedure,

-1-

STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

WHEREAS, Defendants' sole previous extension was pursuant to a stipulation for 28 days under L.R. 144(a),

WHEREAS, Plaintiffs Global Commodities Trading Group, Inc. and The Insurance Company of the State of Pennsylvania, Philadelphia, have agreed to an extension of time up to and including July 1, 2016,

IT IS STIPULATED THAT:

Defendants' deadline to respond to the complaint is extended up to and including July 1, 2016.

DATED:  June 17, 2016               Respectfully submitted,

                                                     By:  /s/ Chad S. Purdie
                                                         Chad S. Purdie
                                                         DIAZ, REUS & TARG, LLP
                                                         Attorney for specially appearing Defendants

                                                     By: /s/ Amy L. O'Neill
                                                        Amy L. O'Neill
                                                         BOUTIN JONES, INC.
                                                         Attorney for Plaintiffs

IT IS SO ORDERED:

Dated: June 21, 2016

                                                         Troy L. Nunley
                                                         United States District Judge