CHAD S. PURDIE (SBN 282542)
DIAZ, REUS & TARG, LLP
1299 Ocean Avenue, Suite 450
Santa Monica, California 90401
Tel: (305) 375-9220
Fax: (305) 375-8050
cpurdie@diazreus.com

Attorney for specially appearing Defendants

BRIAN M. TAYLOR (SBN 214838)
AMY L. O'NEILL (SBN 294458)
BOUTIN JONES, INC.
555 Capitol Mall, Suite 1500
Sacramento, California 95814
Tel: (916) 321-4444
Fax: (916) 231-4105
btaylor@boutinjones.com
aoneill@boutinjones.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| GLOBAL COMMODITIES TRADING GROUP, INC.; THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, PHILADELPHIA;<br><br>Plaintiffs,<br><br>vs.<br><br>BENEFICIO DE ARROZ CHOLOMA, S.A., SADY FARID ANDONIE REYES, JOYCE MARY JARUFE DOX; DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:16-CV-01045-TLN-CKD<br><br>**JOINT MOTION AND STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR PROTECTIVE ORDER STAYING MERITS DISCOVERY PENDING RESOLUTION OF PRELIMINARY JURISDICTIONAL QUESTIONS** |

WHEREAS, Defendants, Beneficio de Arroz Choloma, S.A., Sady Farid Andonie Reyes, and Joyce Mary Jarufe Dox, have filed a motion for protective order staying merits discovery pending resolution of preliminary jurisdictional questions (D.E. 33), which is set for hearing on September 21, 2016;

WHEREAS, pursuant to Magistrate Judge Delaney's order requiring a Joint Statement as to the parties' positions on the motion (D.E. 34), counsel for the parties have engaged in extensive efforts to confer as to the relief requested;

WHEREAS, the parties' counsel have determined that it would be more efficient for the Court, the parties, and the goals of judicial economy to resolve other discovery disputes/issues that have arisen during the conferral efforts in conjunction with the motion for protective order;

WHEREAS, those other issues will likely require Plaintiffs to file a motion to compel regarding Defendants' discovery objections;

THE PARTIES HEREBY MOVE AND STIPULATE THAT:

The hearing currently set before Magistrate Judge Delaney at 10:00 a.m. on September 21, 2016 on Defendants' motion for protective order staying merits discovery pending resolution of preliminary jurisdictional questions (D.E. 33) be continued until all issues related to the current discovery dispute can be heard at the same time, with the hearing to be reset at a mutually convenient date and time for the parties as well as the Court.

DATED: September 13, 2016            Respectfully submitted,

                                     By: /s/ Chad S. Purdie
                                         Chad S. Purdie
                                         DIAZ, REUS & TARG, LLP
                                         Attorney for specially appearing Defendants


                                     By: /s/ Brian M. Taylor
                                         Brian M. Taylor
                                         BOUTIN JONES, INC.
                                         Attorney for Plaintiffs

Accordingly, IT IS HEREBY ORDERED that the hearing date of September 21, 2016 on defendants' motion for protective order (ECF No. 33) is vacated. The motion may be renoticed after all issues related to the current discovery dispute can be heard at the same time, with the hearing to be reset at a mutually convenient date and time for the parties as well as the Court.

Dated: September 14, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE