UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL COMMONDITIES TRADING GROUP, INC.; THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, PHILADELPHIA,<br><br>Plaintiffs,<br><br>v.<br><br>BENEFICIO DE ARROZ CHOLOMA, S.A., a Honduran Company; SADY FARID ANDONIE REYES, an Individual; JOYCE MARY JARUFE DOX, aka JOYCE JARUFE DE ANDONIE, an Individual; and DOES 1-50, inclusive,<br><br>Defendants. | No. 2:16-cv-01045-TLN-CKD<br><br>**ORDER** |

This matter is before the Court due to the parties' filing of numerous dispositive motions followed by a barrage of ex parte and scheduling requests. In fact, the parties have continuously filed motions without providing the Court adequate time to respond.

For example, this matter was removed to federal court on May 17, 2016. On June 17, 2016, Defendants filed a motion for extension of time (ECF No. 8), which this Court granted (Order, ECF No. 10). On July 1, Defendants filed not one, but two motions to dismiss. (ECF No. 11, 12.) On July 26, Plaintiff filed a motion for preliminary injunction (ECF No. 14) and a

1

motion for temporary restraining order (ECF No. 21). On August 25, Defendants filed a motion for protective order before Magistrate Judge Delaney. (ECF No. 33.) On September 6, Plaintiffs filed a motion for leave to file first amended complaint. (ECF No. 35.) On September 13, Defendants filed a motion to continue and an ex parte motion. (ECF No. 39, 40.) On September 27, Defendants filed a motion to strike. (ECF No. 54.) In sum, there are currently five motions pending before the Court, all filed in a span of less than three months. (ECF No. 11, 12, 14, 35, 54.) If that were not enough to burden this Court's docket, which currently has more than two hundred pending motions before it, the parties have failed to act in a professional manner and have continually refused to agree or stipulate to filing deadlines and hearing dates. The Court does not have time to babysit the attorneys in this matter to ensure that they are acting with the professionalism and civility that this Court expects. Nor will this Court continue to mediate this sort of behavior. As such, the Court orders as follows:

Defendants' ex parte motion to strike (ECF No. 70) is hereby submitted on the briefing. At this time, the Court will not grant Defendants' request to file a sur-reply. The Court will rule on these matters at its earliest availability, keeping in mind that matters filed before the Court prior to the parties' submission take precedence. Further peppering of this Court with unnecessary motions that could be amicably decided between the parties will result in sanctions. The Court expects the parties to comply with this Court's order and act with the appropriate level of civility and professionalism.

IT IS SO ORDERED.

Dated: October 25, 2016

Troy L. Nunley
United States District Judge