1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GLOBAL COMMODITIES TRADING          No.  2:16-cv-1045 TLN CKD
     GROUP, INC., et al.,
12
                    Plaintiffs,
13                                        ORDER

          v.
14

15   BENEFICIO DE ARROZ CHOLOMA,
     S.A.,
16
                    Defendants.
17

18        Plaintiffs' motion to compel and defendants' motion for protective order came on

19   regularly for hearing on November 16, 2016.[1]  Brian Taylor appeared for plaintiffs.  Chad Purdie

20   appeared for defendants.  Upon review of the documents in support and opposition, upon hearing

21   the arguments of counsel, and good cause appearing therefor, THE COURT ORDERS[2] AS

22   FOLLOWS:

23        1.  The motion to compel (ECF No. 68) is granted in part and denied in part.  Within thirty

24   days, substantive discovery responses shall be provided to discovery as set forth below, except

25   _____

26   [1] The court reminds the parties that resolution of discovery disputes is available under the
     informal procedures set forth on the undersigned's court website.
27
     [2] The court's ruling on the issues presented in the joint discovery statement follows the format the
28   parties set forth in their briefing.

                                    1

1    insofar as the motion for protective order is granted or defendants' objections have been

2    sustained.

3              a.  Request for Production ("RFP") to Bachosa Nos. 1-12, 18-23, 29-30; RFP to

4    Andonie Nos. 1-10, 16-19, 25-26; RFP to Jarufe Nos. 1-10, 16-19, 25-26; Interrogatories to

5    Bachosa Nos. 1-17; Interrogatories to Andonie Nos. 1-17; Interrogatories to Jarufe Nos. 1-17;

6    Amended Request for Admission ("RFA") to Bachosa Nos. 1-19, 27-33; Amended RFA to

7    Andonie Nos. 1-17, 19-24; Amended RFA to Jarufe Nos. 1-13, 15-21.

8              Plaintiffs have made a colorable showing regarding the jurisdictional issues.

9    Defendants' objections based on jurisdictional discovery are overruled.

10             b.  RFP to Bachosa Nos. 8, 12-17, 19, 23-28; RFP to Andonie Nos. 8, 10-15, 17,

11   19-24; RFP to Jarufe Nos. 8, 10-15, 17, 19- 24; Interrogatories to Bachosa Nos. 12-15;

12   Interrogatories to Andonie Nos. 12-15; Interrogatories to Jarufe Nos. 12-15; Amended RFA to

13   Bachosa Nos. 11-26, 28, 30; Amended RFA to Andonie Nos. 11-18, 20, 22, 24; Amended RFA to

14   Jarufe Nos. 7-14, 16, 18, 20-21.

15             Defendants' objection based on merits based discovery is sustained in part, as set

16   forth below in the ruling on the motion for protective order.

17             c.  RFP to Bachosa Nos. 1-6; RFP to Andonie Nos. 1-6; RFP to Jarufe Nos. 1-6;

18   Interrogatories to Bachosa Nos. 1-11; Interrogatories to Andonie Nos. 1-11; Interrogatories to

19   Jarufe Nos. 1-11.

20             Defendants' objection related to time period/scope of discovery is sustained in

21   part.  In responding to the discovery compelled here, defendants shall provide information for

22   five years prior to the filing of the lawsuit up until the date the instant action was filed.  Current

23   property holdings need not be provided.

24             d.  RFP to Bachosa Nos. 1-6; RFP to Andonie Nos. 1-6; RFP to Jarufe Nos. 1-6;

25   Interrogatories to Bachosa Nos. 1, 3, 5-11; Interrogatories to Andonie Nos. 1, 3, 5-11;

26   Interrogatories to Jarufe Nos. 1, 3, 5-11; Amended RFA to Bachosa No. 27.

27             Defendant's objection related to contracts entered into, communications and calls

28   made from, and property from outside the State of California is sustained.

1         e.  RFP to Bachosa Nos. 3, 6-10, 12, 18, 19, 20-23, 29-30; RFP to Andonie Nos. 3,

2    6-10, 16-10, 25-26; RFP to Jarufe Nos. 3, 6-10, 16-19, 25, 26.

3         Defendants' objection related to financial records is sustained without prejudice to

4    renewal of the motion to compel after resolution of the pending motions to dismiss.

5         f.  RFP to Bachosa Nos. 1-2, 4-5, 9-11, 20-22; Interrogatories to Bachosa Nos. 4-

6    13; Amended RFA to Bachosa No. 27.

7         Defendant's objection related to discovery of information pertaining to defendant

8    Bachosa's parent companies and subsidiaries is sustained without prejudice to plaintiffs

9    propounding specific discovery directed to determining whether defendant Bachosa has any

10    affiliates with contacts in California.

11       2.  Defendants' motion for protective order staying merits discovery (ECF No. 33) is

12    granted in part and denied in part.  Pending resolution of the motion to dismiss for lack of

13    personal jurisdiction and motion to dismiss for forum non conveniens, defendants need not

14    respond to merits based discovery except as set forth below:

15         a.  RFP No. 8 and Interrogatories Nos. 12 and 13 propounded to all defendants.

16

17    Dated:  November 17, 2016

18                            _____

19                         CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

20

21    4 global1045.oah

22

23

24

25

26

27

28