UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL COMMODITIES TRADING GROUP, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BENEFICIO DE ARROZ CHOLOMA, S.A., et al.,<br><br>Defendants. | No. 2:16-cv-01045-TLN-CKD<br><br>**ORDER** |

On May 6, 2022, the magistrate judge filed findings and recommendations, which were served on the Parties and which contained notice that any objections to the findings and recommendations were to be filed within thirty days. (ECF No. 168.) No objections were filed.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed May 6, 2022, (ECF No. 168), are adopted in full.

1

2. Plaintiffs' Motion for Default Judgment, (ECF No. 164), is GRANTED as set forth herein.

3. Judgment is entered in favor of Plaintiffs Global Commodities Trading Group, Inc., and The Insurance Company of the State of Pennsylvania, Philadelphia, and against Defendants Beneficio de Arroz Choloma, S.A. ("Bachosa"), Sady Farid Andonie Reyes ("Reyes"), and Joyce Mary Jarufe Dox ("Dox") as follows:

    a. Against Bachosa and Reyes on counts one and two;

    b. Against Reyes and Dox on count three; and

    c. Against Bachosa on count four.

4. Default judgment is entered against Defendants in the amount of $13,661,790.29 USD, plus interest of $1,797.47 per day from January 18, 2022, through entry of judgment, with postjudgment interest at the statutory rate of 28 U.S.C. § 1961.

5. The Clerk of the Court is directed to close this case.

**DATED: July 18, 2022**

Troy L. Nunley
United States District Judge